IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ET AL.,* <br> *EX REL.* PATRICK CARPENTER, <br><br> Plaintiffs, <br><br> -v.- <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Civil No.: 07-CV-10918 (RGS) <br><br> The Honorable Richard G. Stearns <br><br> ORAL ARGUMENT REQUESTED |

## DEFENDANT'S MOTION TO DISMISS

Defendant Abbott Laboratories, Inc. hereby moves pursuant to Fed. R. Civ. P. 12(b)(6), 9(b), and 10(b) that Plaintiff's Amended Complaint Pursuant to the Federal False Claims Act, 31 U.S.C. § 3729 *ET SEQ.* and Pendent State False Claims Acts ("Amended Complaint") be dismissed for the reasons stated in Defendant's accompanying memorandum of law.

WHEREFORE, Defendant respectfully moves that Plaintiff's Amended Complaint be dismissed with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Abbot respectfully requests that the Court set Abbott's Motion To Dismiss Plaintiffs' Amended Complaint for hearing at its earliest convenience.

Dated: November 13, 2009             Respectfully submitted,

By:       /s/ Thomas J. Frederick
James F. Hurst (admitted *pro hac vice*)
Thomas J. Frederick (admitted *pro hac vice*)
Kathleen B. Barry (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 – Fax
jhurst@winston.com
tfrederick@winston.com
kbarry@winston.com

John W. Moss (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, D.C. 20006
(202) 282-5000
(202) 282-5100 - Fax
jwmoss@winston.com

Peter E. Gelhaar (BBO# 188310)
Michael S. D'Orsi (BBO# 566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
33rd Floor
Boston, Massachusetts 02108
617-720-2880
617-720-3554 – Fax
peg@dcglaw.com
msd@dcglaw.com

*Attorneys for Abbott Laboratories, Inc., incorrectly named as Abbott Laboratories*

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for Abbott Laboratories, Inc. has conferred with counsel for the Relator in a good faith effort to resolve or narrow the issues in this Motion and that the parties were unable to resolve or narrow the issues in this Motion.

/s/     Thomas J. Frederick_____
Thomas J. Frederick

Dated: November 13, 2009

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on November 13, 2009.

/s/     Thomas J. Frederick_____
Thomas J. Frederick